No. 398, Misc.   BOWENS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 428, Misc.   PRESSLEY, ALIAS JONES, *v.* MURRAY, POLICE DEPARTMENT CHIEF, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondents.

No. 454, Misc.   ROGANOVICH *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   *Bernard M. Mamet* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 455, Misc.   MOYNAHAN *v.* PARI-MUTUEL EMPLOYEES GUILD OF CALIFORNIA, LOCAL 280, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 495, Misc.   FRINK *v.* IOWA.   Supreme Court of Iowa.   Certiorari denied.

No. 501, Misc.   WRIGHT *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 518, Misc.   GONZALES *v.* BALTIMORE & OHIO RAILROAD Co.   C. A. 4th Cir.   Certiorari denied.   *Jeremy C. McCamic* for petitioner.   *Fred L. Davis* and *John R. Morris* for respondent.